UNITED STATES DISTRICT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| NATHAN SAUNDERS, and JUDY HOOK, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAPPI NORTH AMERICA, INC. F/K/A S.D. WARREN COMPANY, S.D. WARREN COMPANY, SAPPI LTD., SCOTT PAPER COMPANY, KIMBERLY-CLARK CORPORATION, UPM - KYMMENE, INC., NORTHERN SC PAPER CORPORATION, PERRY VIDEX, LLC, INFINITY ASSET SOLUTIONS, NEW MILL CAPITAL LLC, GO LAB, INC., HUHTAMAKI OYJ, HUHTAMAKI, INC., INTERNATIONAL PAPER COMPANY, VERSO CORPORATION, PIXELLE SPECIALITY SOLUTIONS, and PINE TREE WASTE, INC. D/B/A CENTRAL MAINE DISPOSAL,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:21-cv-00245-NT |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs, Nathan Saunders and Judy Hook, provide notice of their dismissal without prejudice of their claims in the above-captioned action against certain Defendants, Sappi North America, Inc. F/K/A S.D. Warren Company, S.D. Warren Company, Sappi Ltd., Scott Paper Company, Kimberly-Clark Corporation, Upm - Kymmene, Inc., Northern Sc Paper Corporation, Perry Videx, Llc, Infinity Asset Solutions, New Mill Capital LLC, Go Lab, Inc., Huhtamaki Oyj, Huhtamaki, Inc., International Paper Company, Verso Corporation, and Pixelle Speciality Solutions (collectively "Dismissed Defendants"). Pursuant to Fed. R. Civ.

P. 41(a)(1)(A) and (B), this Notice dismisses the action against the Dismissed Defendants, a court order is not necessary for dismissal, and the dismissal is without prejudice, given the following:

1. The Dismissed Defendants have not filed an answer or a motion for summary judgment in response to the Plaintiffs' complaint.

2. Fed. R. Civ. P. 23(e) does not require the Court's approval for a Plaintiff to dismiss a class complaint if the class has not yet been certified. A class has not yet been certified in the instant matter.

3. This dismissal is without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B) because the Plaintiffs have not "previously dismissed any federal- or state-court action based on or including the same claim …"

Accordingly, the Plaintiffs dismiss the above-captioned action without prejudice as to the Dismissed Defendants pursuant to Fed. R. Civ. P. 41(a).

|  | Respectfully Submitted, |
|---|---|
| Dated: January 14, 2022 | Colton P. Gross |