UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NATHAN SAUNDERS, and JUDY HOOK, individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>SAPPI NORTH AMERICA, INC. F/K/A S.D. WARREN COMPANY, S.D. WARREN COMPANY, SAPPI LTD., SCOTT PAPER COMPANY, KIMBERLY-CLARK CORPORATION, UPM - KYMMENE, INC., NORTHERN SC PAPER CORPORATION, PERRY VIDEX, LLC, INFINITY ASSET SOLUTIONS, NEW MILL CAPITAL LLC, GO LAB, INC., HUHTAMAKI OYJ, HUHTAMAKI, INC., INTERNATIONAL PAPER COMPANY, VERSO CORPORATION, PIXELLE SPECIALITY SOLUTIONS, and PINE TREE WASTE, INC. D/B/A CENTRAL MAINE DISPOSAL,<br><br>    Defendants. | Case No. 1:21-cv-00245-NT |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for Plaintiffs Nathan Saunders and Judy Hook, and Defendant GO Lab, Inc., that this action is hereby dismissed with prejudice as to GO Lab, Inc. only, and with each party to bear their own costs and attorneys' fees.

  IT IS FURTHER STIPULATED AND AGREED, by and between the undersigned attorneys, that this Stipulation is intended to, and shall fully resolve, Plaintiffs' Motion for

{EP - 04107577 - v1 }

Voluntary Dismissal Without Prejudice as to GO Lab, Inc. (ECF No. 85) and any relief requested in GO Lab, Inc.'s Response in Opposition (ECF No. 94).

                                        Respectfully Submitted,

Dated: February 4, 2022           /s/ Colton Gross
                                        Colton Gross
                                        Irwin & Morris
                                        183 Middle Street
                                        Portland, Maine 04101
                                        *Attorney for Plaintiffs*

                                        /s/ Seth Brewster
                                        Seth W. Brewster
                                        Alfred Falzone
                                        Eaton Peabody
                                        100 Middle Street
                                        Portland, Maine 04112
                                        *Attorneys for Defendant GO Lab, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was filed and served on February 4, 2022 via the Court's CM/ECF system.

/s/ Colton Gross
Colton Gross
